UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

Jay Dean Barrett,

      Plaintiff,        Case No. 2:14-CV-00133

v.              Hon. Timothy P. Greeley

Carolyn W. Colvin,
Commissioner of Social Security,

      Defendants.
_____/

## JUDGMENT

In accordance with the Opinion issued herewith,

**IT IS ORDERED** that judgment is entered for Defendants and against Plaintiff.

          /s/ TIMOTHY P. GREELEY
         TIMOTHY P. GREELEY
         UNITED STATES MAGISTRATE JUDGE

Dated: June 15, 2015